**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**MARK HAROLD MIXON**                                                                 **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:09cv228-RHW**

**SHERIFF DAVID ALLISON**
**and PEARL RIVER COUNTY**                                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED without prejudice.

SO ORDERED, this the 5th day of April, 2010.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE